Shelley D. Krohn, Esq.  
Nevada Bar No. 5040  
Email: skrohn@goldguylaw.com  
**GOLDSMITH & GUYMON, P.C.**  
2055 Village Center Circle  
Las Vegas, Nevada 89134  
Phone: (702) 873-9500  
Facsimile (702) 873-9600  
Attorneys for Debtor  

E-filed: 12-1-09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-31690-MKN |
| | Chapter 13 |
| MICHAEL A. VESPI | |
| | Date: OST REQUESTED |
| | Time: OST REQUESTED |
| Debtor(s). | |
| | Trustee: Rick Yarnall |

**MOTION FOR AN ORDER SHORTENING TIME ON DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 13 PLAN, AND FORM B22C**

COME NOW the Debtor, Michael Vespi, by and through counsel, Goldsmith & Guymon, P.C., and hereby files the instant Motion for an Order Shortening Time on Debtor's Motion to Extend Deadline to File Schedules, Statement of Financial Affairs, Chapter 13 Plan, and Form B22C.

As grounds for the Motion Shortening Time, Shelley D. Krohn, Esq. of the law firm of Goldsmith & Guymon, P.C. represents that the deadline for Debtor to file his Schedules, Statement of Financial Affairs, Chapter 13 Plan, and Form B22C is December 2, 2009. This matter should be heard as soon as possible so as to allow the Debtor time to complete the Schedules, Statement of Financial Affairs, Chapter 13 Plan, and Form B22C and file them with the Court Clerk so as to permit the §341 Meeting of Creditors to proceed as noticed on December 29, 2009.

Dated this 1st day of December, 2009.

GOLDSMITH & GUYMON, P.C.

_____  
Shelley D. Krohn, Esq.  
2055 Village Center Circle  
Las Vegas, NV 89134

- 1 -

## AFFIDAVIT OF SHELLEY D. KROHN, ESQ.

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

I, Shelley D. Krohn, first being duly sworn upon my oath, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada and before the United States District Court.

2. I represent the Debtor in this matter and have full knowledge of the facts and events contained herein.

3. The Debtor has been unable to complete his Schedules, Statement of Financial Affairs, Chapter 13 Plan, and Form B22C as he is still gathering information to complete them. .

4. The deadline for filing said Schedules and Statement of Financial Affairs is December 2, 2009.

5. The Debtor will be able to prepare and file the Schedules and Statement of Financial Affairs on or before December 18, 2009, which is well before the Meeting of Creditors.

6. This matter should be heard in an expedited manner in order to avoid the postponement of the Meeting of Creditors which is currently set for December 29, 2009.

7. Further Affiant Sayeth Naught.

_____
Shelley D. Krohn, Esq.

SUBSCRIBED AND SWORN TO BEFORE me this 1st day of December, 2009.

_____
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MICHELLE N. LEDESMA
No: 07-1191-1
My Appointment Expires Jan. 11, 2011

W:\Sdk\BK\Vespi 8864-1\ost.app.wpd

- 2 -