

**Entered on Docket
March 29, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-3 Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2007-3
09-78010

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-31690-MKN |
|---|---|
| Michael A. Vespi | Date: 3/10/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-3 Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2007-3, its assignees and/or successors in interest, of the subject property, generally described as 11130 Scotscraig Court, Las Vegas, NV 89141, and legally described as follows:

> Parcel I:
> Lot Two Hundred Ninety-Seven (297) of Royal Highlands at Southern Highlands Unit 2, as shown by map thereof on file in Book 109 of Plats, Page 64, in the Office of the County Recorder of Clark County, Nevada.
>
> Reserving therefrom an easement over private streets and common areas as shown and delineated on said map.
>
> Parcel II:
> An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Marjorie A. Guymon
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Brian D. Shapiro
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
   ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____ No parties appeared or filed written objections, and the trustee is the movant.
   _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
   ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document

   ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
   counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
   respond, as indicated below.

Debtor's counsel:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
   ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document

   ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor